IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEWART LEE BRASWELL,

    Plaintiff,

vs.                                       Case No. 4:08cv125-SPM/WCS

DEPUTY MR. AL WELCH, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND TRANSFERRING CASE**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 4). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. This case is hereby transferred to the United States District Court for the Middle District of Florida, Tampa Division.

3. The Clerk of the Court shall immediately take all steps necessary to

effectuate the transfer.

**DONE AND ORDERED** this fifth day of June, 2008.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge